AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Otazo-Reyes, Alicia M. | 2. Court or Organization<br><br>U.S. District Court, Southern District of Florida | 3. Date of Report<br><br>04/11/2017 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - Full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
|---|---|---|

**7. Chambers or Office Address**

301 N. Miami Avenue, 10th Floor
Miami, Florida 33128

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Miami Dade College Paralegal Studies Program Advisory Committee |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 04/11/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 04/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | A | Interest | N | T | | | | | |
| 2. IRA #1 (H) | | | | | | | | | |
| 3. Bank of America, NA, RASP (cash account) | A | Interest | J | T | | | | | |
| 4. AB Large Cap Growth Fund | A | Dividend | K | T | | | | | |
| 5. American Century Mid Cap Value Fund | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 6. Blackrock Credit Strategies Income Fund | A | Dividend | J | T | Buy (add'l) | 06/22/16 | J | | |
| 7. Blackrock High Yield Bd. Portfolio Fund | A | Dividend | J | T | | | | | |
| 8. Columbia Large Cap Enhanced Core Fund | A | Dividend | K | T | | | | | |
| 9. Delaware Value Fund | A | Dividend | K | T | | | | | |
| 10. Eaton Vance High Income Opportunities Fund | | None | J | T | Buy | 10/04/16 | J | | |
| 11. Eaton Vance Floating Rate MF | A | Dividend | J | T | | | | | |
| 12. Fidelity Advisors Mid Cap Value Fund | A | Dividend | J | T | | | | | |
| 13. First TR Dorsey WRT | A | Dividend | J | T | | | | | |
| 14. Glenmede Large Cap Growth Fund | A | Dividend | K | T | | | | | |
| 15. Goldman Sachs Emerging Markets Debt Fund | A | Dividend | J | T | | | | | |
| 16. Henderson Global Equity Income Fund | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 17. Hennessy Focus Fund | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 04/11/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Hotchkis and Wiley Small Cap Value Fund | A | Dividend | J | T | Sold (part) | 02/02/16 | J | A | |
| 19. iShares NASDAQ Biotech ETF | A | Dividend | J | T | | | | | |
| 20. iShares 20+ year Treasury Bond ETF | A | Dividend | K | T | Buy (add'l) | 01/22/16 | J | | |
| 21. | | | | | Buy (add'l) | 02/18/16 | J | | |
| 22. iShares Core S&P 500 ETF | A | Dividend | K | T | | | | | |
| 23. iShares Core Russell US Growth ETF | A | Dividend | K | T | | | | | |
| 24. iShares Core Russell US Value ETF | A | Dividend | K | T | | | | | |
| 25. iShares Inc Core MSCI Emerging Markets ETF | A | Dividend | J | T | Buy | 05/26/16 | J | | |
| 26. Janus Enterprise Fund | | None | J | T | Buy | 12/29/16 | J | | |
| 27. Janus Intech US Managed Volatility Fund | A | Dividend | K | T | | | | | |
| 28. JOHCM International Select Fund | | None | | | Sold | 12/12/16 | J | | |
| 29. JP Morgan Intrepid Mid Cap Fund | A | Dividend | J | T | | | | | |
| 30. Mainstay Large Cap Growth Fund | C | Dividend | K | T | | | | | |
| 31. Metropolitan West Total Return Bond Fund | A | Dividend | K | T | Sold (part) | 06/22/16 | J | A | |
| 32. MFS International Value Fund | B | Dividend | J | T | | | | | |
| 33. MFS Value FD CL I MF | A | Dividend | L | T | | | | | |
| 34. Oppenheimer International Growth Fund | A | Dividend | J | T | Buy | 05/27/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 04/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pimco Global Bond Fund | A | Dividend | J | T | | | | | |
| 36. Pimco Income Fund | A | Dividend | K | T | | | | | |
| 37. Pioneer Strategic Income Fund | B | Dividend | K | T | Sold (part) | 06/22/16 | J | | |
| 38. Powershares S&P 500 High Dividend Low Volitility Portfolio | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 39. Prudential Total Return Bond Fund | A | Dividend | J | T | | | | | |
| 40. Prudential Short Term Corporate Bond Fund | A | Dividend | J | T | | | | | |
| 41. RS Small Cap Equity Fund | | None | | | Sold | 06/22/16 | J | | |
| 42. SPDR Index SHS FDS | A | Dividend | J | T | | | | | |
| 43. Sunamerica Focused Dividend Strategy Fund | A | Dividend | K | T | | | | | |
| 44. Thornburg Ltd Term Income Fund | A | Dividend | J | T | | | | | |
| 45. Tweedy Browne Global Value Fund | | None | | | Sold | 05/27/16 | J | A | |
| 46. Virtus Emerging Markets Opportunities Fund | A | Dividend | J | T | | | | | |
| 47. Wells Fargo Large Cap Core Fund | A | Dividend | K | T | | | | | |
| 48. Western Asset Core Plus Bond Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 04/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 6, 22-24, 30, and 47:  Corporate name changes; see 2015, lines 12, 40, 41, 43, 52, and 82, respectively.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Alicia M. Otazo-Reyes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544